1

2

3

4

5

6                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
7                                AT SEATTLE

8   UNITED STATES OF AMERICA,              )
                                           )
9                            Plaintiff,    )    Case No. CR07-109-JCC
                                           )
10         v.                              )    **PROPOSED FINDINGS OF**
                                           )    **FACT AND DETERMINATION**
11  LEVI SETH MAYFIELD,                    )    **AS TO ALLEGED**
                                           )    **VIOLATIONS OF SUPERVISED**
12                           Defendant.    )    **RELEASE**
                                           )

13                           INTRODUCTION

14         I conducted a hearing on alleged violations of supervised release in this case on September

15  9, 2009.  The defendant appeared pursuant to a summons issued in this case.   The United States

16  was represented by Peter Mazzone, and defendant was represented by J. Tate London.  Also

17  present was U.S. Probation Officer Lorraine Bolle.  The proceedings were digitally recorded.

18                       SENTENCE AND PRIOR ACTION

19         Defendant was sentenced on December 7, 2007 by the Honorable John C. Coughenour for

20  Conspiracy.  He received 2 months of imprisonment and 3 years of supervised release.

21         On June 5, 2008, a violation report and request for warrant was submitted to the Court after

22  Mr. Mayfield failed to report a change in residence.  A warrant for Mr. Mayfield's arrest was

23  approved by the Court.  Mr. Mayfield was arrested and appeared before United States Magistrate

Judge Mary Alice Theiler and denied all allegations on June 23, 2008. The violation was dismissed on July 30, 2008.

On November 25, 2008, a request for modifying conditions or terms of supervision with consent of the offender was submitted to the court after Mr. Mayfield was cited for driving under the influence. Mr. Mayfield agreed to modify these conditions of supervised release by serving a 180 day term of electronic home monitoring with a sobrietor and a restriction prohibiting him from entering any establishment where alcohol is the primary commodity for sale. These modifications were approved by the Court on December 4, 2008.

PRESENTLY ALLEGED VIOLATIONS AND
DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated August 4, 2009, U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

1.      Consuming alcohol on or before July 17, 2009, in violation of the special condition that he abstains from the use of alcohol and/or other intoxicants during the term of supervision.

2.      Failing to truthfully answer the inquiries of the probation officer on July 20, 2009 and July 22, 2009, in violation of standard condition number 3.

3.      Failing to follow the instructions of the probation officer by failing to attend his Moral Reconation Therapy (MRT) program, in violation of standard condition number 3.

The Government dismissed violations 2 and 3. Defendant admitted to violation 1, waived any hearing as to whether it occurred, and was informed the matter would be set for a disposition hearing on October 2, 2009 at 9:00 a.m. before District Judge John C. Coughenour.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the

conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 9th day of September, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE- 3